UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIANKANZE BAMBA<br><br>Plaintiff,<br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY-FPS,<br>ALEJANDOR MAYORKAS,<br>SECRETARY OF THE DPEARTMENT OF HOMELAND SECURITY | 1:23-cv-8026-LJL-VF<br>Civil Action No. 1:22-cv-07407-LJL-VF<br><br>The request for an adjournment is GRANTED. The conference shall be held on March 13, 2024 at 10:30 A.M. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.<br><br>SO ORDERED.<br><br>DATE: March 7, 2024<br><br>LEWIS J. LIMAN<br>United States District Judge |

## **MOTION FOR REMOTE TRIAL**

COMES NOW Plaintiff, by and through his undersigned counsel, hereby files this Motion for Remote Trial, and in support states the following:

1. That the parties have a post discovery status conference scheduled before this court on March 8, 2024 at 1:30pm.

2. That undersigned counsel has a scheduling conflict, as he is scheduled for a trial in the Circuit Court for Baltimore County, on March 8, 2024 at 9:00am. (See Exhibit 1)

3. That it is practically impossible for undersigned counsel to make it to New York from Maryland in time for the in person hearing at 1:30pm.

4. Furthermore, that undersigned counsel has the mandatory congregational prayer on Friday, March 8, 2024 from 1:00 to 2:30pm.

5. That undersigned counsel respectfully requests for a remote hearing on March 8, 2024 after 3:30pm.

Wherefore, Plaintiff requests that the hearing be remote or rescheduled.

Respectfully Submitted,

/s/Mohamed Bamba
Mohamed M. Bamba, Esq
Bamba Law, Inc
Bar Number: 21500
10015 Old Columbia Road
Unit B-215
Columbia, MD 21046
Office: 443-656-8310
Fax: 443-656-8309
Email: Mohamed@bambalaw.com

## CERTIFICATE OF SERVICE

**I hereby certify** that on the 7th day of March 2024, the above document was e-served filed via ECF/CM to the Defendant's Counsel of Record Alyssa O'Gallagher.

Respectfully Submitted,

/s/Mohamed Bamba
Mohamed M. Bamba, Esq
Bamba Law, Inc
Bar Number: 21500
10015 Old Columbia Road
Unit B-215
Columbia, MD 21046
Office: 443-656-8310
Fax: 443-656-8309
Email: Mohamed@bambalaw.com